IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-HC-2211-FL

| | |
|---|---|
| MICHAEL WAYNE HAMMERBERG, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

Petitioner, a federal inmate proceeding pro se, petitions this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter is before the court on petitioner's failure to respond to the court's December 21, 2022, order directing him to correct various deficiencies in his initial filing. The deficiency order warned petitioner that failure to respond to the order may result in dismissal of this action for failure to prosecute. As of the date hereof, petitioner has not responded to the order. Accordingly, this action is DISMISSED without prejudice for failure to prosecute and failure to respond to a court order. A certificate of appealability is DENIED.

SO ORDERED, this the 7th day of February, 2023.

LOUISE W. FLANAGAN
United States District Judge