IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL WAYNE HAMMERBERG,
    Petitioner,
  v.            **Judgment in a Civil Case**
UNITED STATES OF AMERICA,
    Respondent.        Case Number: 5:22-HC-2211-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration after the issuance of an order of deficiency.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to prosecute and failure to comply with a court order.

This Judgment Filed and Entered on February 7, 2023, with service on:
Michael Wayne Hammerberg, #20472-052  (via U.S. Mail)
Butner Medium II - F.C.I.
P.O. Box 1500
Butner, NC 27509

February 7, 2023            Peter A. Moore, Jr.
                      Clerk of Court

                   By: *Stephanie Mann*
                      Deputy Clerk